```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
   Attorneys for the United States.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA E. LABOY, ) | CASE NO. 2:11-cv-00596-RLH-CWH |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION FOR** |
| v. ) | **VOLUNTARY REMAND PURSUANT** |
| MICHAEL J. ASTRUE, ) | **TO SENTENCE FOUR OF 42 U.S.C.** |
| Commissioner of Social Security,) | **§ 405(G) AND TO ENTRY OF** |
| ) | **JUDGMENT FOR THE PLAINTIFF** |
| Defendants. ) | |

COMES NOW defendant, by and through his attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and plaintiff, by and through her attorney, Marc V. Kalagian, to request a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand to the defendant, the Office of Disability Adjudication and Review will remand Plaintiff's claim to an Administrative Law Judge (ALJ) and direct him or her to update the record regarding Plaintiff's impairments in accordance with Social Security Regulations and Rulings.

The ALJ will also associate Plaintiff's subsequent application, currently scheduled for an administrative hearing on March 9, 2012.

The ALJ will hold a hearing on the claims.  The ALJ will explain the weight given to the treating, examining, and non-examining medical source opinions in the record. The ALJ will consider Plaintiff's residual functional capacity based on this evidence and any new evidence in the updated record. The ALJ will utilize the residual functional capacity finding to determine if Plaintiff has any past relevant work she can perform and if not, whether she is capable of adjusting to other work, as defined in the Social Security regulations.

DATED this 22nd day of February 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Carlos A. Gonzalez              /s/ Marc V. Kalagian
CARLOS A. GONZALEZ                  MARC V. KALAGIAN, ESQ.
Assistant United States Attorney    Attorney for Plaintiff


OF COUNSEL:
TOVA WOLKING
Assistant Regional Counsel
Social Security Administration


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2012

2