1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  PAUL SACHELARI, CSBN 230082
   Special Assistant United States Attorney
4  Social Security Administration
   160 Spear Street, Suite 800
5  San Francisco, CA 94105
   Telephone: (415) 977-8933
6  Facsimile: (415) 744-0134
   Email: Paul.Sachelari@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA E. LABOY, | ) |
| | ) Case No. 2:11-CV-00596-RLH CWH |
| Plaintiff, | ) |
| | ) **NOTICE OF CHANGE OF ATTORNEY** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

///
///
///
///
///
///
///
///

- 1 -

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant United States Attorney (SAUSA) as its counsel of record in the above-captioned case:

>Paul Sachelari
>Special Assistant United States Attorney
>Social Security Administration
>160 Spear Street, Suite 800
>San Francisco, CA 94105
>Telephone: (415) 977-8933
>Facsimile: (415) 744-0134
>Email: Paul.Sachelari@ssa.gov

**SAUSA Tova Wolking should be terminated and receive no further notifications from the Court's CM/ECF system.**

Respectfully submitted,

DATED: February 26, 2016

DANIEL G. BOGDEN
United States Attorney

 */s/ Paul Sachelari*
PAUL SACHELARI
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  February 29, 2016**

- 2 -

**CERTIFICATE OF SERVICE**

I, Paul Sachelari, certify that the following individuals were served with a copy of the **NOTICE OF CHANGE OF ATTORNEY** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
211 E. Ocean Blvd., Suite 420
Long Beach, CA 90802
Email: marc.kalagian@rksslaw.com

Gerald Welt
703 S. 8th St.
Las Vegas, NV 89101
Email: gmwesq@weltlaw.com

DATED: July 23, 2014

                                */s/ Paul Sachelari*
                                PAUL SACHELARI
                                Special Assistant United States Attorney