**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SANDRA E. LABOY, ) | |
| ) | |
| Plaintiff(s), ) | Case No.  2:11-cv-596-RLH-CWH |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Amended Motion for Attorney Fees-#47) |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |

Before the Court is Plaintiff's **Amended Motion on Remand for Attorney Fees** (#47, filed February 22, 2016).  Defendant filed a Response (#50) on March 7, 2016.

Both the facts and the procedural history in this case are well known to the parties and are unnecessary to be rehearsed here.  Suffice it to say, that upon consideration of the Memorandum of the Ninth Circuit Court of Appeals, filed January 20, 2016, and the Motion and Response before the Court, the Courts finds the requested attorney fees are reasonable pursuant to 28 U.S.C. 406(b) and the Motion has merit and is sufficiently substantiated and documented.

IT IS THEREFORE ORDERED that the Commissioner release to counsel, Marc V. Kalagian, the requested amount of $10,164.25, as and for the reasonable attorney fees incurred for appearance before the District Court.

1

IT IS FURTHER ORDERED that Marc V. Kalagian forthwith reimburse Plaintiff Sandra E. LaBoy the amount of $2,800.00 for the EAJA fees previously paid him by the Commissioner.

Dated: March 18, 2016.

_____
**Roger L. Hunt
United States District Judge**

2